Same case below, 40 So. 3d 1194.

**No. 10-9987. David W. Lagas, Petitioner v. New York Department of Correctional Services.**

563 U.S. 1026, 131 S. Ct. 2951, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4142.

May 31, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 78 App. Div. 3d 1344, 911 N.Y.S.2d 242.

**No. 10-10084. James Armwood, Petitioner v. New Jersey.**

563 U.S. 1026, 131 S. Ct. 2942, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4168,

May 31, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-9993. Jaime Vargas Soto, Petitioner v. California.**

563 U.S. 1026, 131 S. Ct. 2941, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4136.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 229, 119 Cal. Rptr. 3d 775, 245 P.3d 410.

**No. 10-10106. Howard Jefferson Atkins, Petitioner v. Tennessee.**

563 U.S. 1026, 131 S. Ct. 2942, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4032.

May 31, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Western Division, denied.

**No. 10-10046. James Robert Delker, Petitioner v. Mississippi.**

563 U.S. 1026, 131 S. Ct. 2941, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4103.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 50 So. 3d 300.

**No. 10-10140. Ali S. Morgano, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison.**

563 U.S. 1026, 131 S. Ct. 2942, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4090.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10066. Quantrell M. Kelson, Petitioner v. Louisiana.**

563 U.S. 1026, 131 S. Ct. 2941, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4098.

May 31, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit, denied.

**No. 10-10165. Jerome Brown, Petitioner v. United States.**

563 U.S. 1026, 131 S. Ct. 2942, 180 L. Ed. 2d 233, 2011 U.S. LEXIS 4140.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 416 Fed. Appx. 150.